DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRY RONALD MITCHELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-509

[June 23, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2017-CF-003010-AXXX-MB.

Henry Ronald Mitchell, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***